UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM ALLEN WHITLOW,

    Plaintiff,

v.

                                                    Case No.
                                      3:16cv471-RV-CJK

JIMMY COKER,

    Defendant.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 16, 2016 (doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections (doc. 7).

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to prosecute and/or comply with an order of the court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this **19th** day of December, 2016.

        /s/ Roger Vinson
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**